**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
     :
     :
     :
**SPOT FASHION INC.,**     :
     :
         **Plaintiff,**     :     **25-cv-10807 (ALC)**
     :
         **-against-**     :     **ORDER**
     :
**BERKSHIRE HATHAWAY DIRECT**     :
     :
         **INSURANCE COMPANY,**
                **Defendant. -----------x**

**ANDREW L. CARTER, JR., United States District Judge:**

On January 30, 2026, Plaintiff filed a Motion to Remand. ECF No. 11. The Defendant is ordered to respond by February 20, 2026. Any reply from Plaintiff is due February 27, 2026.

Additionally, by February 27, 2026, the Parties should file a joint status report regarding the status of any settlement discussions to date.

**SO ORDERED.**

**Dated:  February 6, 2026**
      **New York, New York**      _____
                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**