**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Spot Fashion Inc.,** | **1:25-cv-10807 (ALC) (SDA)** |
| **Plaintiff,** | |
| **-against-** | **ORDER** |
| **Berkshire Hathaway Direct Insurance Company,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, given the pending motion to remand (ECF No. 11), the Initial

Pretrial Conference scheduled for March 10, 2026 is adjourned *sine die*.

**SO ORDERED.**

Dated:     New York, New York
           March 4, 2026

_____
STEWART D. AARON
United States Magistrate Judge